James Caraher, as Administrator, etc., et al., Respondents, v. The Royal Insurance Company et al., Appellants.

(Argued December 1, 1892; decided December 20, 1892.)

Appeal from judgments of the General Term of the Supreme Court in the fourth judicial department, entered upon orders made February 2, 1892, which affirmed judgments in favor of the plaintiffs entered upon reports of a referee.

*A. H. Sawyer* and *I. M. Ames* for appellants.

*William Kernan* for respondents.

Agree to affirm on opinion below.
All concur, except O'Brien, J., taking no part.
Judgments affirmed.

---

Jeannie T. Hard et al., as Administrators, etc., Respondents, v. Leurendus B. Ashley et al., Appellants, et al., Respondents.

(Argued December 1, 1892; decided December 20, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee; also appeal from an order of said General Term made March 29, 1892, which affirmed an order of Special Term granting an extra allowance.

*P. M. French* for appellants.

*W. A. Sutherland* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment and order affirmed.